UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE MILITARY DEPARTMENT NATIONAL GUARD, STATE OF CALIFORNIA, et al,<br><br>Defendants. | No. 2:16-cv-00507-KJM-AC<br><br>ORDER AND ORDER TO SHOW CAUSE |

On December 22, 2015, plaintiff filed a wrongful death claim in Sacramento Superior Court. ECF No. 1-1. On March 10, 2016, the case was removed to this federal court on the basis of 28 U.S.C. § 2679(d)(2), because defendants Laura Yeager, Nadar Araj, and Donald Engel allegedly were acting within the course and scope of their federal employment at all times material to the allegations in the complaint. ECF No. 1. On March 11, 2016, the United States was substituted into this action, thereby terminating Yeager, Araj, and Engel from the case. *See* ECF No. 4.

On March 30, 2016, plaintiff and the United States stipulated to dismiss the United States from this action. ECF No. 8. This left as defendants Richard Rabe, Charlotte Clark and Rebecca Lorera, officers of the California Department of Justice. ECF No. 11. In the stipulation

1

of dismissal, plaintiff requested the court remand this case to state court; the United States took no position on remand. ECF No. 8.

The United States is DISMISSED from this action, without prejudice.

Considering the case now involves a state law claim against state law defendants, defendants are hereby ordered to show cause within fourteen (14) days why this case should not be remanded to state court for lack of jurisdiction.

IT IS SO ORDERED.

DATED: April 14, 2016

_____
UNITED STATES DISTRICT JUDGE